In the Matter of Louis L. Schwartz, Deceased.— Decree affirmed, with costs. No opinion. Present — Scott, Dowling, Smith, Page and Shearn, JJ.; Dowling, J., dissented.

Lord Electric Company, Appellant, v. Barber Asphalt Paving Company, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Scott, Dowling, Smith and Page, JJ.

The Dime Savings Bank of Brooklyn, Respondent, v. Louise C. Butler and Others, Appellants, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Scott, Dowling, Smith, Page and Shearn, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of Lynde Catlin and Another, as Executors of Cora V. R. Catlin, Deceased, Respondents. Helen Neilson Edmonds, Appellant; Lynde Catlin and Others, Respondents.— Decree affirmed, without costs. No opinion. Present — Scott, Dowling, Smith, Page and Shearn, JJ.

The People of the State of New York, Respondent, v. Russell Guipe, Appellant.— Judgment affirmed. No opinion. Present — Scott, Dowling, Smith, Page and Shearn, JJ.

Kent Manufacturing Company, Respondent, v. William H. Wellington and Others, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Scott, Dowling, Smith, Page and Shearn, JJ.

The People of the State of New York, Respondent, v. Harry Schlossman, Appellant.— Judgment affirmed. No opinion. Present — Scott, Dowling, Smith, Page and Shearn, JJ.

The People of the State of New York, Respondent, v. George L. Glison, Appellant.— Judgment affirmed. No opinion. Present — Scott, Dowling, Smith, Page and Shearn, JJ.

Mary Staub, an Infant, by Her Guardian ad Litem, Thomas J. McCarthy, Respondent, v. Interborough Rapid Transit Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Scott, Dowling, Smith, Page and Shearn, JJ.

Alton J. Vail, as Trustee of Theodore Blau, a Bankrupt, Appellant, v. Theodore Blau and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Scott, Dowling, Smith, Page and Shearn, JJ.

Damm House Moving Company, Respondent, v. William Higginson, Appellant. (No. 1.) — Judgment and order affirmed, with costs. No opinion. Present — Scott, Dowling, Smith, Page and Shearn, JJ.

Damm House Moving Company, Respondent, v. William Higginson, Appellant. (No. 2.) — Judgment and order affirmed, with costs. No opinion. Present — Scott, Dowling, Smith, Page and Shearn, JJ.

Julius Wise, Respondent, v. Alpha Portland Cement Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

Hoisting Machinery Company, Respondent, v. Federal Terra Cotta Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.